|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD LERNER, derivatively on behalf of GERON CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN A. SCARLETT, ANDREW J. GRETHLEIN, MICHELLE J. ROBINSON, FAYE FELLER, ANIL KAPUR, JIM ZIEGLER, GAURAV AGGARWAL, DAWN C. BIR, V. BRYAN LAWLIS, JOHN F. MCDONALD, SUSAN M. MOLINEAUX, ELIZABETH G. O'FARRELL, and ROBERT SPIEGEL,<br><br>　　　　　　Defendants,<br><br>　　and<br><br>GERON CORPORATION,<br><br>　　　　　　Nominal Defendant. | Case No. 3:25-cv-03401<br><br>[~~P~~**ROPOSED**] **ORDER RE JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT AND VACATING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge:　Hon. Lisa J. Cisneros |

Upon the *Joint Stipulation Extending Time for Defendants to Respond to the Complaint and Vacating Initial Case Management Conference* submitted by the Parties to the above-captioned action (the "Lerner Action"), and for good cause appearing, the Court hereby ORDERS as follows:

1. No Defendant shall be required to move, answer, or otherwise respond to the complaint filed in the Lerner Action until after the Derivative Actions, and any other similar derivative complaints, have been related, consolidated and Lead Plaintiff(s) appointed.

2. The Initial Case Management Conference set for July 17, 2025, and associated Case Management Statement (Dkt. No. 5) shall be vacated.

3. Once the Court has appointed Lead Plaintiff(s), counsel for Lead Plaintiff(s) and all Defendants that have appeared in the case shall confer and propose to the Court within twenty (20) calendar days a proposed briefing schedule or stipulation to stay the case while the Securities Class Actions proceed.

IT IS SO ORDERED.

Dated: May 1, 2025

_____
Hon. Lisa J. Cisneros
U.S. Magistrate Judge